STATE OF CONNECTICUT *v.* BRETT KWAAK

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 138, is denied.

*John R. Gulash, Jr.,* in support of the petition.

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, in opposition.

Decided May 29, 1990

STATE OF CONNECTICUT *v.* MYRON LEE

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 817, is denied.

*John J. Buckley,* in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in opposition.

Decided May 29, 1990

ROBERT F. MALONEY, SR. *v.* SUSAN H. MALONEY

ROBERT F. MALONEY, SR., ET AL. *v.*
SUSAN H. MALONEY

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 829, is denied.

*Susan H. Maloney,* pro se, in support of the petition.

*Terence A. Zemetis,* in opposition.

Decided June 7, 1990

STATE OF CONNECTICUT *v.* RICHARD COMOLLO

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 210, is denied.

*Wesley W. Horton,* in support of the petition.

*Jacqueline Footman,* deputy assistant state's attorney, in opposition.

Decided June 7, 1990